[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-11111
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 26, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-00205-CR-1-VEH-TMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CEDRIC DEMONTE TRAMMELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(March 26, 2010)

Before TJOFLAT, EDMONDSON and FAY, Circuit Judges.

PER CURIAM:

Jeffrey D. Bramer, appointed counsel for Cedric Demonte Trammell in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Trammell's conviction and sentence under Count Three are **AFFIRMED**.